**Opinion issued January 14, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00051-CR

———————————

**KEN LEONG CHONG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 17-DCR-080485**

## MEMORANDUM OPINION

Appellant, Ken Leong Chong, was convicted of the offense of deadly conduct discharge of a firearm and sentenced to seven years' confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a).

*See* TEX. R. APP. P. 42.2(a).  The State has not opposed this motion.  We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Farris.

Do not publish.  TEX. R. APP. P. 47.2(b).